AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Western District of Louisiana

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

FEB 04 2026

DANIEL J. McCOY, CLERK
BY: _LaCombe_

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| CARTER MILES LEDOUX | ) | Case No. 2:26-mj-00028 |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **July 25 - August 5, 2024** in the county of **Calcasieu** in the **Western** District of **Louisiana**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2261A(2)(A) and (B) | Stalking |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

SA Andrew Doxtator, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 02/04/2026

_____
Judge's signature

City and state: Lake Charles, LA    Thomas P. LeBlanc, United States Magistrate Judge
*Printed name and title*