UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| **UNITED STATES OF ARMERICA** | **CRIMINAL NO.: 2:26-MJ-00028** |
| **VS.** | |
| **CARTER MILES LEDOUX** | **MAGISTRATE JUDGE LEBLANC** |

**MOTION TO ENROLL AS COUNSEL OF RECORD**

**NOW INTO COURT**, through undersigned counsel, comes the defendant **CARTER MILES LEDOUX**, who has retained Andrew T. Leonards, Adam P. Johnson and Nathan W. Jones, and they desire to enroll as attorney of record for the defendant.

**WHEREFORE**, the undersigned prays that Andrew T. Leonards, Adam P. Johnson, and Nathan W. Jones be enrolled as counsel of record in the captioned matter.

Respectfully submitted,

s/Andrew T. Leonards
 ANDREW T. LEONARDS, #40624
 ADAM P. JOHNSON, #32515
 NATHAN W. JONES, #39096
**THE JOHNSON FIRM**
1419 Ryan St. | P.O. Box 849
Lake Charles, LA 70601
(337) 433-1414/Telephone
(337) 433-3234/Facsimile
andy@johnsonfirmla.com
adam@johnsonfirmla.com
nathan@johnsonfirmla.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2026, a copy of the foregoing *Motion to Enroll as Counsel of Record* was filed electronically with the Clerk of Court. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

s/Andrew T. Leonards
**ANDREW T. LEONARDS, #40624**
